UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

        v.        Case No. 15-CR-108-LA-2

STEVEN HARRIS,

    Defendant.

## ORDER TO SEAL

Upon consideration of Defendant's motion to seal, the Court finds that this matter is appropriately kept under seal and therefore, ORDERS the Clerk of Court to accept for filing under seal Defendant's Sentencing Memorandum dated March 1, 2018.

**SO ORDERED** this 7th day of March, 2018.

        s/Lynn Adelman
        HON. LYNN ADELMAN
        United States District Judge